UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICIA GARVIN, LOUVON GEAREY,                  :
KAYLE GIRVIN, THOMAS GRAVES,                     :
CLAUDIA GROGAN, AMANDA GULLY,                    :
MELISSA HARRISON, GILBERT HESS III,              :
DOROTHY HOLCOMB, CAROLYN HOPSON,                 :
YONG HORTON, CHERIE HOUSE, GERTHA                :
HOWARD, SHEILA ISAAC, GARY JACKSON,              :
SHIRLEY JACKSON, CINDY JACQUET,                  :
ELIZABETH JENKINS, GENEVA JOHNSON,               :
LOIS JONES,                                      :
                                                 :
          Plaintiffs.                            :        Civil Action
v.                                               :        No. 04-11388-GAO
                                                 :
INDEVUS PHARMACEUTICALS, INC., F/K/A             :
INTERNEURON PHARMACEUTICALS, INC.;               :
WYETH, INC., F/K/A AMERICAN HOME                 :
PRODUCTS CORPORATION; WYETH                      :
PHARMACEUTICALS, INC F/K/A WYETH-                :
AYERST PHARMACEUTICALS, INC., A                  :
DIVISION OF AMERICAN HOME PRODUCTS               :
CORPORATION; AND BOEHRINGER                      :
INGELHEIM PHARMACEUTICALS, INC.,                 :
                                                 :
          Defendants.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.


Dated: July 8, 2004                    Respectfully submitted,
        Boston, Massachusetts

                                       /s/Matthew J. Matule
                                       Matthew J. Matule (BBO #632075)
                                       SKADDEN, ARPS, SLATE,
Of Counsel:                              MEAGHER & FLOM LLP
Barbara Wrubel                         One Beacon Street
Katherine Armstrong                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                  (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                         Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc