UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------- x
PATRICIA GARVIN, LOUVON GEAREY,       :
KAYLE GIRVIN, THOMAS GRAVES,          :
CLAUDIA GROGAN, AMANDA GULLY,         :
MELISSA HARRISON, GILBERT HESS III,   :
DOROTHY HOLCOMB, CAROLYN HOPSON,      :
YONG HORTON, CHERIE HOUSE, GERTHA     :
HOWARD, SHEILA ISAAC, GARY JACKSON,   :
SHIRLEY JACKSON, CINDY JACQUET,       :
ELIZABETH JENKINS, GENEVA JOHNSON,    :
LOIS JONES,                           :
                                      :
        Plaintiffs.                   :   Civil Action
v.                                    :   No. 04-11388-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
        Defendants.                   :
----------------------------------- x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 8, 2004                                             Respectfully submitted,
        Boston, Massachusetts

                                                                 /s/Matthew J. Matule
                                                                 Matthew J. Matule (BBO #632075)
                                                                 SKADDEN, ARPS, SLATE,
Of Counsel:                                                         MEAGHER & FLOM LLP
Barbara Wrubel                                                   One Beacon Street
Katherine Armstrong                                              Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                            (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                   Counsel for Defendant
                                                                 Boehringer Ingelheim Pharmaceuticals, Inc.