UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICIA GARVIN, LOUVON GEAREY,          :
KAYLE GIRVIN, THOMAS GRAVES,
CLAUDIA GROGAN, AMANDA GULLY,            :
MELISSA HARRISON, GILBERT HESS III,      :
DOROTHY HOLCOMB, CAROLYN HOPSON,
YONG HORTON, CHERIE HOUSE, GERTHA        :
HOWARD, SHEILA ISAAC, GARY JACKSON,      :
SHIRLEY JACKSON, CINDY JACQUET,
ELIZABETH JENKINS, GENEVA JOHNSON,       :
LOIS JONES,                              :

      Plaintiffs,                        :          Civil Action
v.                                       :          No. 04-11388-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :

      Defendants.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE</u>

      Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 2, 2004
        Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.